IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| JP Morgan Chase Bank,<br>National Association, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 3:18-921-HMH-KFM |
| | ) | |
| vs. | ) | **OPINION & ORDER** |
| | ) | |
| Robert W. Wazney, #363679,<br>a/k/a Robert William Wazney, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court with the Report and Recommendation of United States

Magistrate Judge Kevin F. McDonald, made in accordance with 28 U.S.C. § 636(b)(1) and Local

Civil Rule 73.02 of the District of South Carolina.[1]  The Defendant, proceeding pro se, filed a

notice of removal, which purports to remove a mortgage foreclosure action filed by JP Morgan

Chase Bank, National Association.  In his Report and Recommendation, Magistrate Judge

McDonald recommends that this case be remanded to the Court of Common Pleas for Sumter

County, South Carolina because the court lacks subject matter jurisdiction.

The Defendant filed objections to the Report and Recommendation.  Objections to the

Report and Recommendation must be specific.  Failure to file specific objections constitutes a

waiver of a party's right to further judicial review, including appellate review, if the

recommendation is accepted by the district judge.  See United States v. Schronce, 727 F.2d 91,

---

[1] The recommendation has no presumptive weight, and the responsibility for making a
final determination remains with the United States District Court.  See Mathews v. Weber, 423
U.S. 261, 270-71 (1976).  The court is charged with making a de novo determination of those
portions of the Report and Recommendation to which specific objection is made.  The court may
accept, reject, or modify, in whole or in part, the recommendation made by the magistrate judge
or recommit the matter with instructions.  28 U.S.C. § 636(b)(1).

94 & n.4 (4th Cir. 1984). In the absence of <u>specific</u> objections to the Report and Recommendation of the magistrate judge, this court is not required to give any explanation for adopting the recommendation. <u>See</u> <u>Camby v. Davis</u>, 718 F.2d 198, 199 (4th Cir. 1983).

Upon review, the court finds that the Defendant's objections are non-specific, unrelated to the dispositive portions of the magistrate judge's Report and Recommendation, or merely restate his arguments. Therefore, after a thorough review of the magistrate judge's Report and the record in this case, the court adopts Magistrate Judge McDonald's Report and Recommendation and incorporates it herein by reference.

It is therefore

**ORDERED** that this action is remanded to the Court of Common Pleas for Sumter County, South Carolina.

**IT IS SO ORDERED**.

s/Henry M. Herlong, Jr.
Senior United States District Judge

Greenville, South Carolina
May 14, 2018

**NOTICE OF RIGHT TO APPEAL**

Defendant is hereby notified that he has the right to appeal this order within thirty (30) days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.